Gregory B. Collins (*pro hac vice application to be filed*)
Eric B. Hull (# 291167)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gbc@kflawaz.com
ebh@kflawaz.com

Attorney for Plaintiffs
ThermoLife International LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ThermoLife International LLC, an Arizona limited liability company,<br><br>    Plaintiffs,<br>v.<br><br>https://ronkramermusclebeach.wordpress.com/, an Internet domain name; https://ronkramermusclebeach.wordpress.com/author/musclebeachkramer/, an Internet domain name.<br><br>    Defendants. | Case No.<br><br>***IN REM* COMPLAINT** |

For its *In Rem* Complaint ThermoLife International LLC ("ThermoLife") alleges as follows:

**NATURE OF CASE**

1.  This is an *in rem* action against the domain names:

https://ronkramermusclebeach.wordpress.com/

https://ronkramermusclebeach.wordpress.com/author/musclebeachkramer/

(together, the "Muscle Beach Domains").

In Rem Complaint

2. This action is brought under the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). Plaintiff seeks preliminary and permanent injunctive relief transferring to Plaintiff the registration of the Muscle Beach Domains.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. The Court has *in rem* jurisdiction over the Muscle Beach Domains pursuant to 15 U.S.C. § 1125(d) and 28 U.S.C. § 1655. 15 U.S.C. § 1125(d) provides that the "owner of a mark may file an *in rem* civil action against a domain name in the judicial district in which the domain name registrar, domain name registry, or other domain name authority that registered or assigned the domain name is located if: (i) the domain name violates any right of the owner of a mark registered in the Patent and Trademark Office, or protected under subsection (a) or (c) of this section; and (ii) the court finds that the owner …. through due diligence was not able to find a person who would have been a defendant in a civil action … ."

5. Plaintiff owns the following federally registered marks and trademark applications:

| Mark | For Use With | Status |
|---|---|---|
| MUSCLE BEACH | Athletic clothing<br>Business Consultation Services<br>Health Club Services | Reg. # 0949098<br>(October 12, 2010) |
| MUSCLE BEACH | Dietary Supplements | Serial # 86230164<br>(Published for Opposition July 29, 2014) |
| MUSCLE BEACH NUTRITION | Dietary Supplements | Serial # 86230288<br>(Published for Opposition July 29, 2014) |
| MUSCLE BEACH | Entertainment Services | Serial # 86491329<br>(Application filed December 29, 2014) |

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

These marks are collectively referred to as the MUSCLE BEACH Marks. This family of marks has not been abandoned canceled, or revoked. ThermoLife also has common law rights in the MUSCLE BEACH Marks, which it uses in connection with the sale and advertisement of dietary supplements and generally in the fitness industry.

6. As required by 15 U.S.C. § 1125(d) to maintain an *in rem* action, Plaintiff has diligently sought to identify the proper defendant to a civil action for damages under 15 U.S.C. § 1125(d). As part of its search, Plaintiff filed a civil action in Arizona state court, Case No. 2014-011404 pending in Maricopa County Superior Court, against a fictional John Doe defendant. In that proceeding, Plaintiff served domain name registrant Automattic, Inc. ("Automattic") with a subpoena seeking documents that identify the user/author/licensee of the Muscle Beach Domains. Responding to the subpoena, Automatic indicated that it had no documents that identified the user/author/licensee of the Muscle Beach Domains. The only information that Automattic had in its possession was the email address used by the user/author/licensee: becausescience@anonymousspeech.com. From this email address, Plaintiff was unable to identify the user/author/licensee of the Muscle Beach Domains.

7. As required by 15 U.S.C. § 1125(d), before filing this action Plaintiff served the registrant of the Muscle Beach Domains with notice of its intent to file this In Rem Complaint. On March 10, 2015, notice was provided via email and mail to Automattic's counsel who responded to the subpoena discussed in the preceding paragraph.

8. In response to that letter, Automattic's counsel argued that the Muscle Beach Domains are not domain names at all and therefore this *in rem* action is not appropriate.

9. Essentially, Automatic contends that because the misappropriated mark in the domain name https://ronkramermusclebeach.wordpress.com/ appears to the left of the first dot (period) instead of the right, it is immune from cybersquatting litigation.

10. But in assigning its own sub-domains (or "third level domains") to third parties, Automattic acts as "a domain name authority that . . . assigned the domain name

1 [at issue]" pursuant to 15 U.S.C. § 1125(d) and this action is appropriately brought *in rem* against the Muscle Beach Domains.

11. Venue is proper in this Court under 28 U.S.C. §§ 1391(b), 1391(c), and 15 U.S.C. § 1125(d), because the registrar of the Muscle Beach Domains is located in San Francisco, California.

**FACTUAL ALLEGATIONS**

12. ThermoLife is a limited liability company organized and existing under the laws of the State of Arizona, with its principal place of business located in Phoenix, Arizona.

13. ThermoLife does business under the federally registered MUSCLE BEACH Marks, described above.

14. ThermoLife's President and Chief Executive Officer is Ron Kramer.

15. Prior to founding ThermoLife, Mr. Kramer was a gym owner who had competed in bodybuilding and later promoted professional bodybuilding competitions for the International Federation of Bodybuilders.

16. Between 1994 and 1997, Mr. Kramer operated a Gold's Gym in Santa Cruz, California.

17. During his time as a bodybuilder, promoter, and gym owner, Mr. Kramer discovered that many supplements failed to meet any quality control standards. Often supplements are spiked with hidden ingredients and/or labeled incorrectly.

18. At the time ThermoLife was established, few supplements were clinically researched or field tested. Even today, relatively few supplements have been proven to work as advertised.

19. In 1998, Mr. Kramer founded ThermoLife in order to provide the public with quality proven supplements. ThermoLife is committed to selling only the purest, most powerful and innovative products.

Keresmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

In Rem Complaint

20. Consistent with ThermoLife's commitment to selling the purest, most powerful and innovative products, Mr. Kramer is the named inventor on 17 patents related to the dietary supplement industry. These patents protect ThermoLife's innovative and proven products from being copied by ThermoLife's competitors.

21. Mr. Kramer is widely known in the dietary supplement industry and those in the industry recognize that Mr. Kramer is affiliated with ThermoLife and the names that ThermoLife does business under, like Muscle Beach.

22. Ron Kramer has common law trademark rights in his name, RON KRAMER, which has been used in connection with the sale and advertising of dietary supplements for over sixteen years and is widely known and identified in the industry.

23. The Muscle Beach Domains are WordPress.com internet blogs. WordPress.com is owned and operated by Automattic Inc. WordPress.com advertises that "[WordPress will] set up and configure your custom domain so that you can start using it in seconds."

24. Unless users pay for WordPress' premium service, the custom domain that WordPress allows users to configure is assigned a domain that is a unique user-chosen phrase followed by ".wordpress.com".

25. A user obtains a domain through WordPress by registering for a user account and setting up a domain using what WordPress describes as "tools to create the site you want."

26. In registering with WordPress.com, WordPress only requires an email address. No other personal information is required.

27. Automattic recognizes that its services may affect third parties. The WordPress Terms of Service require that a user's "blog is not presented in a manner that misleads your readers into thinking that you are another person or company." WordPress has promised that it "take[s its] terms of service very seriously ***and will suspend any sites***

*that are found to be in violation*." WordPress.com's Dispute Resolution & Reporting (http://en.support.wordpress.com/disputes/).

28. In early 2014, ThermoLife discovered the Muscle Beach Domains when a customer alerted ThermoLife's President Ron Kramer to these domains.

29. The Muscle Beach Domains violate the rights of the rightful owner of the federally registered MUSCLE BEACH Marks. The names incorporate the registered MUSCLE BEACH name and they use it in connection with the name of ThermoLife's President, Ron Kramer. The use of the MUSCLE BEACH name in connection with the name of ThermoLife's President, Ron Kramer, serves to further the perceived connection between the Muscle Beach Domains and the Muscle Beach brand.

30. Although not necessary to obtain an *in rem* order requiring the transfer of the Muscle Beach Domains to ThermoLife, the Muscle Beach Domains infringe on the Muscle Beach Marks. Upon information and belief, the Muscle Beach Domains are authored by, used by, licensed to, and registered by an individual that is paid by dietary supplement companies to promote dietary supplement products and/or disparage Muscle Beach's name and products.

31. The Muscle Beach Domains include content aggregated from websites that contain false information regarding Ron Kramer. Much of the information published on the Muscle Beach Domains has already been adjudicated false and defamatory by the New Jersey Federal District Court.

32. Other information found on the Muscle Beach Domain is taken from public records searches. The government agencies that authored the public records at issue have repeatedly acknowledged that the records published on the Muscle Beach Domains contain false information.

33. Although not necessary to obtain an *in rem* order requiring the transfer of the Muscle Beach Domains to ThermoLife, upon information and belief, the Muscle Beach

6

In Rem Complaint

Domains are authored, used, licensed, and registered with a bad faith intent to profit from the MUSCLE BEACH marks, possibly by harming the MUSCLE BEACH name.

34. The Muscle Beach Domains were authored, used, licensed and registered without the consent of ThermoLife.

35. Upon information and belief, the author, user, licensee, registrant of the Muscle Beach Domains has no prior use of the MUSCLE BEACH mark.

36. Upon information and belief, the author, user, licensee and registrant of the Muscle Beach Domains has made no bona fide non-commercial or fair use of the Muscle Beach Domains.

## COUNT I

### (Cybersquatting Under 15 U.S.C. 1125(d))

37. ThermoLife incorporates by reference the allegations contained in the proceeding paragraphs as if fully set forth herein.

38. The author, user, licensee and registrant of the Muscle Beach Domains has trafficked in, and/or used domain names that are confusingly similar to ThermoLife's MUSCLE BEACH Marks.

39. As a direct and proximate result of such conduct, ThermoLife has suffered, and will continue to suffer, monetary loss and irreparable injury to business, reputation and goodwill.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that the Court grant the following relief:

A. A preliminary and permanent injunction requiring the domain name registrar to transfer the registration of the following domains to ThermoLife International, LLC:

https://ronkramermusclebeach.wordpress.com/

https://ronkramermusclebeach.wordpress.com/author/musclebeachkramer/

7

In Rem Complaint

B. All other relief to which ThermoLife is entitled.

RESPECTFULLY SUBMITTED this 8th day of April, 2015.

                                            KERCSMAR & FELTUS PLLC

                                      By: */s/Eric Hull*
                                              Gregory B. Collins
                                              Eric B. Hull
                                              7150 East Camelback Road, Suite 285
                                              Scottsdale, Arizona 85251
                                              *Attorneys for ThermoLife International LLC*

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

8

In Rem Complaint