UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ThermoLife International LLC

*v.*

https://ronkramermusclebeach.wordpress.com/, et al.

Case No. 5:15-cv-01616-HRL

**PLAINTIFF'S OBJECTION TO APPLICATION OF PAUL ALAN LEVY TO BE APPOINTED GUARDIAN *AD LITEM***

**EXHIBIT 1**

April 24, 2015 Email Correspondence between Paul Levy and Eric Hull

| | |
|---|---|
| **From:** | Paul Alan Levy <plevy@citizen.org> |
| **Sent:** | Friday, April 24, 2015 12:43 PM |
| **To:** | Eric Hull |
| **Cc:** | Gregory Collins |
| **Subject:** | RE: ThermoLife v "Domain Names" |

You refuse to provide any specifics for reasons that you consider justified

Paul Alan Levy
Public Citizen Litigation Group
1600 20th Street, NW
Washington, D.C. 20009
(202) 588-7725
http://www.citizen.org/Page.aspx?pid=396
Twitter:  @paulalanlevy
Public Citizen Foundation participates in the Combined Federal Campaign with the CFC Code 11168

---

**From:** Eric Hull [mailto:ebh@kflawaz.com]
**Sent:** Friday, April 24, 2015 3:42 PM
**To:** Paul Alan Levy
**Cc:** Gregory Collins
**Subject:** RE: ThermoLife v "Domain Names"

Mr. Levy,

I have not "refused" anything. I stated that I am not making a comment while your application in the case is pending. If you are appointed as counsel in the case, I will discuss it with you at that time in your capacity as counsel. Until that time, I have no comment.

Sincerely
Eric B. Hull
Kercsmar & Feltus PLLC
7150 E. Camelback Road, Suite 285
Scottsdale, Arizona 85251
480.421.1001 (main)
480.421.1002 (facsimile)
ebh@kflawaz.com
www.kflawaz.com
www.businesslawaz.com



The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (480.421.1001), and delete the original message. Thank you.

---

**From:** Paul Alan Levy [mailto:plevy@citizen.org]
**Sent:** Friday, April 24, 2015 12:33 PM
**To:** Eric Hull
**Cc:** Gregory Collins
**Subject:** RE: ThermoLife v "Domain Names"

I recognize that the complaint alleges only an in rem cybersquatting claim, but it also contains allegations about "disparagement" and the allegedly false statements (grafs 30, 31, 32).  I'll just say that you refused to provide any specifics about the claim of falsity.

Paul Alan Levy
Public Citizen Litigation Group
1600 20th Street, NW
Washington, D.C. 20009
(202) 588-7725
http://www.citizen.org/Page.aspx?pid=396
Twitter:  @paulalanlevy
Public Citizen Foundation participates in the Combined Federal Campaign with the CFC Code 11168

---

**From:** Eric Hull [mailto:ebh@kflawaz.com]
**Sent:** Friday, April 24, 2015 3:26 PM
**To:** Paul Alan Levy
**Cc:** Gregory Collins
**Subject:** RE: ThermoLife v "Domain Names"

Dear Mr. Levy,

Considering you have sought to be admitted as guardian ad litem in the case, I do not think it is appropriate for me to provide you with a comment for your article. Should the Court accept your application, I will be happy to discuss the case with you in detail in your capacity as counsel. Until the Court rules upon your request to be appointed counsel, I direct you to the publically available information, including the Complaint that lists only a single claim for cybersquatting under the Anticybersquatting Consumer Protection Act (ACPA), 15 U.S.C. § 1125(d).

Sincerely,
Eric B. Hull
Kercsmar & Feltus PLLC
7150 E. Camelback Road, Suite 285
Scottsdale, Arizona 85251
480.421.1001 (main)
480.421.1002 (facsimile)

ebh@kflawaz.com
www.kflawaz.com
www.businesslawaz.com



The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (480.421.1001), and delete the original message. Thank you.

**From:** Paul Alan Levy [mailto:plevy@citizen.org]
**Sent:** Friday, April 24, 2015 11:34 AM
**To:** Eric Hull
**Subject:** ThermoLife v "Domain Names"

I am writing a piece about your lawsuit, and I have a question.

Obviously the web site makes some strong statements about Kramer, and I note that your complaint alleges that the site contains false and defamatory statements.  If you care to identify the statements that are false, and point to evidence on the issue of falsity, I will certainly take that into consideration in writing my article.

Paul Alan Levy
Public Citizen Litigation Group
1600 20th Street, NW
Washington, D.C. 20009
(202) 588-7725
http://www.citizen.org/Page.aspx?pid=396
Twitter:  @paulalanlevy
Public Citizen Foundation participates in the Combined Federal Campaign with the CFC Code 11168