Gregory B. Collins (admitted *pro hac vice*)
Eric B. Hull (# 291167)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (310) 566-8176
Facsimile: (480) 421-1002
gbc@kflawaz.com
ebh@kflawaz.com

Attorney for Plaintiff
ThermoLife International LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ThermoLife International LLC, an Arizona limited liability company,<br><br>        Plaintiff,<br>v.<br><br>https://ronkramermusclebeach.wordpress.com/, an Internet domain name; https://ronkramermusclebeach.wordpress.com/author/musclebeachkramer/, an Internet domain name.<br><br>        Defendants. | Case No. 5:15-cv-01616-HRL<br><br>CONSENT TO MAGISTRATE JUDGE JURISDICTION |

INSTRUCTIONS: Please indicate below by checking one of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

⊠        Consent to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Consent to Magistrate Judge

RESPECTFULLY SUBMITTED this 5th day of May, 2015.

                                        KERCSMAR & FELTUS PLLC


By: */s/Gregory Collins*
     Gregory B. Collins
     Eric B. Hull
     7150 East Camelback Road, Suite 285
     Scottsdale, Arizona 85251
     *Attorneys for ThermoLife International LLC*

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(310) 566-8176

2

Consent to Magistrate Judge