Melinda M. Morton, SBN 209373
mindy.morton@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
1020 Marsh Road, Suite 200
Menlo Park, CA 94025
Telephone: 650.645.9000
Facsimile: 650.566.1061

Attorneys for Non-Party
AUTOMATTIC INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

United States District Court
Northern District of California

| | |
|---|---|
| ThermoLife International, LLC<br><br>Plaintiff<br>v.<br><br>https://ronkramermusclebeach.wordpress.com/, an Internet domain name, et al.<br><br>Defendants. | Case No. CV15-01616 HRL<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**<br><br>Hon. Magistrate Judge Howard R. Lloyd<br>Ctrm. 2, 5th Fl.<br><br>Complaint filed: April 8, 2015 |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: May 5, 2015  NAME: Melinda M. Morton

COUNSEL FOR (OR "PRO SE"): Non-Party Automattic Inc.

/s/ *Melinda M. Morton*

*Signature*