Gregory B. Collins (*pro hac vice*)
Eric B. Hull (# 291167)
KERCSMAR & FELTUS PLLC
SeaRise Building
233 Wilshire Boulevard
7th Floor
Santa Monica, CA 90401
Telephone: (310) 566-8176
Facsimile: (480) 421-1002
gbc@kflawaz.com
ebh@kflawaz.com

Attorney for Plaintiff/Counter-Defendant
ThermoLife International LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ThermoLife International LLC, an Arizona limited liability company,<br><br>        Plaintiff/Counter-Defendant<br>v.<br><br>https://ronkramermusclebeach.wordpress.com/, an Internet domain name; https://ronkramermusclebeach.wordpress.com/author/musclebeachkramer/, an Internet domain name.<br><br>        Defendants. | Case No. 5:15-cv-01616-HRL<br><br>**PLAINTIFF'S ANSWER TO AUTOMATTIC, INC.'S COUNTERCLAIM IN INTERVENTION**<br><br>*Assigned to the Hon. Howard R. Lloyd* |
| Automattic Inc.<br><br>        Intervenor/Counter-Claimant. | |

Plaintiff/Counter-Defendant ThermoLife International LLC ("ThermoLife") by and through its undersigned counsel, hereby answers Intervenor Automattic, Inc.'s Counterclaim in Intervention as set forth below.

   1.   This paragraph does not allege facts that ThermoLife can admit or deny.

   2.   ThermoLife admits the allegations of this paragraph.

3. ThermoLife admits the allegations of this paragraph.

4. ThermoLife admits the allegations of this paragraph.

5. ThermoLife admits the allegations of this paragraph.

6. ThermoLife incorporates by this reference its prior admissions and denials as if fully set forth herein.

7. ThermoLife admits that it brings claims under ACPA, 15 U.S.C. § 1125(d). The remaining allegations of this paragraph state a legal conclusion to which a response is not required. Nonetheless, ThermoLife disagrees with the legal conclusions set forth in this paragraph.

8. ThermoLife admits that its claims assert that the Muscle Beach domains wrongfully squat on ThermoLife's valuable intellectual property rights. The remaining allegations of this paragraph state a legal conclusion to which a response is not required.

9. The allegations of this paragraph state a legal conclusion to which a response is not required.

10. ThermoLife denies the allegations of this paragraph.

WHEREFORE, having fully answered Automattic Inc.'s Counterclaim, ThermoLife prays for judgment as follows:

A. That Automattic Inc. take nothing by reason of its Counterclaim;

B. That judgment be entered dismissing Automattic Inc.'s Counterclaim;

C. That the Court award ThermoLife its fees and costs pursuant to 15 U.S.C. § 1117(c) and all other applicable statutes and basis;

D. For such other and further relief as the Court deems proper.

Kercsmar & Feltus PLLC
SeaRise Building
233 Wilshire Blvd., 7th Floor
Santa Monica, CA 90401
(310) 566-8176

RESPECTFULLY SUBMITTED this 8th day of July, 2015.

KERCSMAR & FELTUS PLLC

By: */s/ Gregory Collins*
    Gregory B. Collins
    Eric B. Hull
    SeaRise Building
    233 Wilshire Boulevard
    7th Floor
    Santa Monica, CA 90401
    *Attorneys for ThermoLife International LLC*

# CERTIFICATE OF SERVICE

I certify that on July 8, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Melinda M. Morton
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
1020 Marsh Road, Suite 200
Menlo Park, CA 94025
Mindy.morton@procopio.com
*Attorneys for Non-Party Automattic Inc.*


*/s/ Gregory Collins*

Kercsmar & Feltus PLLC
SeaRise Building
233 Wilshire Blvd., 7th Floor
Santa Monica, CA 90401
(310) 566-8176

4
5:15-cv-01616-HRL            Answer to Automatic Inc.'s Counterclaim in Intervention