UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ThermoLife International LLC, an Arizona limited liability company,<br><br>　　　Plaintiff,<br><br>v.<br><br>https://ronkramermusclebeach.wordpress.com/, an Internet domain name; https://ronkramermusclebeach.wordpress.com/author/musclebeachkramer/, an Internet domain name.<br><br>　　　Defendants. | Case No. 5:15-cv-01616-HRL<br><br>**~~PROPOSED~~ ORDER RE PLAINTIFF'S NOTICE OF SUBMITTING ORDER RE SERVICE BY PUBLICATION PROCEDURES**<br><br>*Assigned to the Hon. Howard R. Lloyd*<br><br>[Re: Dkt. 22] |

　　　The Court, having reviewed Plaintiff, ThermoLife International, LLC's Notice of Submitting Order re Service by Publication Procedures, and good cause appearing therefor,

　　　Orders that Plaintiff shall provide notice of this lawsuit by causing to be published the paragraph set forth below in the USA TODAY Monday-Thursday edition one time on or before July 31, 2015:

5:15-cv-01616-HRL

OFFICIAL COURT NOTICE: A lawsuit has been filed by ThermoLife International, LLC in the United States District Court for the Northern District of California, Case No. 5:15-cv-01616-HRL, alleging that the following domain names violate 15 U.S.C. § 1125(d):   ronkramermusclebeach.wordpress.com   and ronkramermusclebeach.wordpress.com/author/musclebeachkramer Within 21 days, the owners/creators of the domain names must appear in Court or default may be entered.

The above notice will appear in seven-point font, which the Court is informed is typical for all legal notices published in USA TODAY.

Service of process shall be deemed complete only after the additional Court ordered online publication requirements set forth in the Court's June 18, 2015 Order are complied with and upon the last day of publication of the notice as set forth above.

SO ORDERED.

Dated:   July 20, 2015

Howard R. Lloyd
United States Magistrate Judge