UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THERMOLIFE INTERNATIONAL LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>https://ronkramermusclebeach.wordpress.com/, an Internet domain name;<br>https://ronkramermusclebeach.wordpress.com/author/musclebeachkramer/, an Internet domain name,<br><br>　　　　Defendants. | Case No. 5:15-cv-01616-HRL<br><br>**ORDER RE PLAINTIFF'S MOTION TO EXTEND ADR DEADLINES**<br><br>Re: Dkt. No. 25 |
|---|---|

　　　Plaintiff's motion to extend ADR deadlines is granted as follows: The initial case management conference is continued to **September 15, 2015, 1:30 p.m.** All related deadlines are adjusted accordingly.

　　　SO ORDERED.

Dated:　July 20, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-01616-HRL Notice has been electronically mailed to:

Eric Blair Hull     ebh@kflawaz.com, bjb@kflawaz.com, kld@kflawaz.com

Gregory Blain Collins    gbc@kflawaz.com

Melinda Mae Morton     mindy.morton@procopio.com, calendaring@procopio.com, gail.poulos@procopio.com