UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERMOLIFE INTERNATIONAL LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>https://ronkramermusclebeach.wordpress.com/, an Internet domain name;<br>https://ronkramermusclebeach.wordpress.com/author/musclebeachkramer/, an Internet domain name,<br><br>    Defendants. | Case No. 5:15-cv-01616-HRL<br><br>**ORDER RE SUPPLEMENTAL BRIEFING** |

At the hearing on the parties' cross-motions for judgment on the pleadings, the court directed both sides to submit supplemental briefing on the issue of a magistrate judge's jurisdiction to rule on those pending motions. The court was expecting to receive those briefs last week. Not having received any briefing, the court now sets a deadline of **March 25, 2016** for submission of those supplemental briefs.

    SO ORDERED.

Dated: March 15, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-01616-HRL Notice has been electronically mailed to:

Eric Blair Hull     ebh@kflawaz.com, bjb@kflawaz.com, kld@kflawaz.com

Gregory Blain Collins     gbc@kflawaz.com

Melinda Mae Morton     mindy.morton@procopio.com, calendaring@procopio.com, gail.poulos@procopio.com