Gregory B. Collins (*pro hac vice*)
Eric B. Hull (# 291167)
KERCSMAR & FELTUS PLLC
SeaRise Building
233 Wilshire Boulevard
4th Floor
Santa Monica, CA 90401
Telephone: (310) 566-8176
Facsimile: (480) 421-1002
gbc@kflawaz.com
ebh@kflawaz.com

*Attorney for Plaintiff/Counter-Defendant*
*ThermoLife International LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ThermoLife International LLC, an Arizona limited liability company, <br><br> Plaintiff/Counter-Defendant <br> v. <br><br> https://ronkramermusclebeach.wordpress.com/, an Internet domain name; https://ronkramermusclebeach.wordpress.com/author/musclebeachkramer/, an Internet domain name. <br><br> Defendants. | Case No. 5:15-cv-01616-HRL <br><br><br> **NOTICE OF SETTLEMENT** <br><br> *Assigned to the Hon. Howard R. Lloyd* |
| Automattic Inc. <br><br> Intervenor/Counter-Claimant. | |

Plaintiff/Counter-Defendant ThermoLife International, LLC and Intervenor/Counter-Claimant Automattic, Inc. hereby notify the clerk and the Court that the parties have reached a settlement in principle related to the Websites at issue in this case. Upon completion of the settlement documents, the parties anticipate that they will be filing a stipulation for dismissal. It is anticipated that a notice of dismissal with

prejudice will be filed within the next 30 days, after the settlement is fully documented. Accordingly, the parties request that the Court vacate the deadlines in this matter and delay consideration of all pending motions.

RESPECTFULLY SUBMITTED this 30th day of March, 2016.

KERCSMAR & FELTUS PLLC

By: */s/Gregory Collins*
    Gregory B. Collins
    Eric B. Hull
    SeaRise Building
    233 Wilshire Boulevard
    4th Floor
    Santa Monica, CA 90401
    *Attorneys for ThermoLife International LLC*

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

BY:*/s/Melinda Morton*
    Melinda M. Morton
    1020 Marsh Road, Suite 200
    Menlo Park, CA 94025
    Mindy.morton@procopio.com
    *Attorneys for Intervenor-Defendant/Counterclaim Plaintiff Automattic Inc.*

**CERTIFICATE OF SERVICE**

I certify that on March 30, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Melinda M. Morton
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
1020 Marsh Road, Suite 200
Menlo Park, CA 94025
mindy.morton@procopio.com
*Attorneys for Intervenor-Defendant/Counterclaim Plaintiff Automattic Inc.*


*/s/Gregory Collins*

Kercsmar & Feltus PLLC
SeaRise Building
233 Wilshire Blvd., 4th Floor
Santa Monica, CA 90401
(310) 566-8176