UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERMOLIFE INTERNATIONAL LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>https://ronkramermusclebeach.wordpress.com, et al.,<br><br>  Defendants. | Case No. 5:15-cv-01616-HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The parties having advised that they have reached a settlement in principle, all previously scheduled deadlines and appearances are vacated, and the court will defer ruling on the parties' cross-motions for judgment on the pleadings.

**On or before April 29, 2016**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **May 10, 2016 at10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **May 3, 2016** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a

1  statement in response to this Order.

2  SO ORDERED.

3  Dated:   March 31, 2016

_____
Howard R. Lloyd
United States Magistrate Judge

5:15-cv-01616-HRL Notice has been electronically mailed to:

Eric Blair Hull     ebh@kflawaz.com, bjb@kflawaz.com, kld@kflawaz.com

Gregory Blain Collins     gbc@kflawaz.com

Melinda Mae Morton     mindy.morton@procopio.com, calendaring@procopio.com, gail.poulos@procopio.com