Gregory B. Collins (*pro hac vice*)
Eric B. Hull (# 291167)
KERCSMAR & FELTUS PLLC
SeaRise Building
233 Wilshire Boulevard
4th Floor
Santa Monica, CA 90401
Telephone: (310) 566-8176
Facsimile: (480) 421-1002
gbc@kflawaz.com
ebh@kflawaz.com

*Attorney for Plaintiff/Counter-Defendant*
*ThermoLife International LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ThermoLife International LLC, an Arizona limited liability company,<br><br>　　　　Plaintiff/Counter-Defendant<br><br>v.<br><br>https://ronkramermusclebeach.wordpress.com/, an Internet domain name;<br>https://ronkramermusclebeach.wordpress.com/author/musclebeachkramer/, an Internet domain name.<br><br>　　　　Defendants. | Case No. 5:15-cv-01616-HRL<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>*Assigned to the Hon. Howard R. Lloyd* |
| Automattic Inc.<br><br>　　　　Intervenor/Counter-Claimant. | |

Plaintiff/Counter-Defendant ThermoLife International, LLC and Intervenor/Counter-Claimant Automattic, Inc. hereby stipulate and agree that this matter shall be dismissed without prejudice.

The parties will bear their own attorneys' fees and costs.

Kercsmar & Feltus PLLC
SeaRise Building
233 Wilshire Blvd., 4th Floor
Santa Monica, CA 90401
(310) 566-8176

1

2      RESPECTFULLY SUBMITTED this 29th day of April, 2016.

3

4                            KERCSMAR & FELTUS PLLC

5

6              By: */s/Gregory Collins*
                   Gregory B. Collins
7                  Eric B. Hull
                   SeaRise Building
8                  233 Wilshire Boulevard
                   4th Floor
9                  Santa Monica, CA 90401
                   *Attorneys for ThermoLife International LLC*
10

11

12                           PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

13

14             BY:*/s/Melinda Morton  (with permission)*
                   Melinda M. Morton
15                 1020 Marsh Road, Suite 200
                   Menlo Park, CA 94025
16                 Mindy.morton@procopio.com
                   *Attorneys for Intervenor-Defendant/Counterclaim*
17                 *Plaintiff Automattic Inc.*

18

19

20

21

22

23

24

25

26

27

28

2

Kercsmar & Feltus PLLC
SeaRise Building
233 Wilshire Blvd., 4th Floor
Santa Monica, CA 90401
(310) 566-8176

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kercsmar & Feltus PLLC
SeaRise Building
233 Wilshire Blvd., 4th Floor
Santa Monica, CA 90401
(310) 566-8176

## ORDER

Pursuant to the stipulation for dismissal without prejudice of the parties and good cause appearing therefore:

PURSUANT TO THE STIPULATION FOR DISMISSAL, IT IS SO ORDERED.

Dated: _____   May 5, 2016

_____

Hon. Howard R. Lloyd

United States District Magistrate Judge

5:15-cv-01616-HRL                                          Stipulation for Dismissal